# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE UPORSKY,<br><br>      Plaintiff,<br>v.<br><br>CARDWORKS SERVICING, INC.,<br>      Defendant. | **Case No.: 3:11-cv-1157-ARC** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

      Pursuant to F.R.Civ.P. 41(a)(A)(i), NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED without prejudice.

                                     /s/ Craig Thor Kimmel
                                     Craig Thor Kimmel
                                       Attorney ID # 57100
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Pike
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Fax: 800-863-1689
                                       Email: kimmel@creditlaw.com